**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHERYL BEALE,<br>*Plaintiff,* | §<br>§<br>§ | |
| VS. | § | Civil Action No. 4:24-CV-1670 |
| LOWE'S COMPANIES, INC. & LOWE'S HOME CENTERS, LLC,<br>*Defendants.* | §<br>§<br>§<br>§ | |

**EXHIBIT A – INDEX OF DOCUMENTS FILED**

| EX. | DATE | DOCUMENT |
|---|---|---|
| A | 5/3/2024 | Index |
| B | 3/25/2024 | State Court Docket Sheet |
| C | 3/28/2024 | Plaintiff's Original Petition and Citation |
| D | 3/28/2024 | Plaintiff's First Amended Petition |
| E | 4/26/2024 | Defendant's Original Answer, Verified Denial and Affirmative Defenses |
| F | 4/26/2024 | Declaration of Mark B. Mason |
| G | 5/3/2024 | Notice of State Court Removal |
| H | 5/3/2024 | Certificate of Interested Parties |